

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00355-CV

———————————————

IN THE INTEREST OF A.M., A CHILD

---

On Appeal from the 89th District Court
Wichita County, Texas
Trial Court No. DC89-CP2022-1648

---

Before Wallach, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered appellants' "Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered:  November 30, 2023